*1301 Avenue of the Americas, 21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

**Smith Gambrell Russell**

*Kathryn T. Lundy*
*Direct Tel: (646) 993-4434*
*Direct Fax: (212) 218-8761*
*klundy@sgrlaw.com*

July 5, 2023

Request **GRANTED**.  The initial pretrial conference is hereby adjourned to **September 7, 2023 at 10 a.m.**  The conference will be conducted remotely. Counsel for all parties will receive Microsoft Teams log-in credentials at the email addresses listed on the docket and should attend the conference by video. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated:  July 6, 2023
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**Via ECF**
Jennifer L. Rochon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re:    **Rice v. Talkspace, Inc. et al**
                **Case No.: 23-cv-03148 (JLR)**

Dear Judge Rochon:

        This firm represents Defendants Groop Internet Platform Inc. d/b/a Talkspace ("Groop"), Talkspace, Inc. d/b/a Talkspace ("Inc."), Talkspace LLC d/b/a Talkspace ("LLC") and Tailwind Merger Sub II LLC d/b/a Talkspace (collectively the "Defendants").  Defendants, jointly with Plaintiff Dr. Meghan Rice ("Plaintiff"), respectfully request to (1) adjourn the initial pretrial conference on August 17, 2023 to August 31, 2023 (or such other time that is convenient for the Court); and (2) conduct the initial pretrial conference by remote means.

        The basis for these requests are that: (1) counsel for Defendants will be traveling on August 17, 2023 outside the continental United States (with a 6-hour time difference); and (2) Plaintiff's counsel is located in the State of Arizona.

        This is the parties' first request for an adjournment of the initial pretrial conference and to conduct any appearance before the Court by remote means.

        The Court's time and attention to this matter is appreciate.

                        Respectfully submitted,


                        Kathryn T. Lundy

cc:  Ned Garn, Esq. (*via ECF*)